UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KATARZYNA CICHON,                                           :
                                    Plaintiff,              :
                                                            :
            -against-                                       :    19 Civ. 6081 (LGS)
                                                            :
WHITEHALL PROPERTIES II LLC, et al.                         :    ORDER
                                    Defendants.             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated May 14, 2020, the parties were directed to file a joint status letter within seven days of the mediation scheduled for June 9, 2020, or by June 16, 2020, apprising the Court of the outcome of mediation, and if mediation was unsuccessful, the parties were directed to include an update on discovery efforts (Dkt. No. 44). No such letter was filed. It is hereby

**ORDERED** that the parties shall file the status letter by **June 22, 2020**.

Dated: June 17, 2020
       New York, New York

                                                 _____
                                                 LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE