UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KATARZYNA CICHON,
                           Plaintiff,

         -against-                          19 Civ. 6081 (LGS)

WHITEHALL PROPERTIES II LLC, et al.        ORDER
                         Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the pre-motion conference scheduled for July 23, 2020, at 10:50 a.m. will be held at **10:25 a.m**. The conference will be telephonic and will occur on the following conference call line:

                            Dial-in: 888-363-4749
                           Access code: 558-3333

      The time of the conference is approximate, but the parties shall be ready to proceed at that time.

Dated: July 21, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE