# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600

August 19, 2020

Via ECF

The Honorable Lorna G. Schofield
United States District Judge
United States District Court, SDNY
500 Pearl Street
New York, NY  10007

**Re:**    *Katarzyna Cichon v Whitehall Properties II LLC and Outback Steakhouse of Florida,
LLC; Docket No. 1:19-cv-6081(LGS)(RWL)*

Dear Judge Schofield:

        We represent the plaintiff in the above-entitled action.  We write to respectfully ask the
Court for an extension of the deadline for the parties to file a status letter (pursuant to Your
Honor's Order of July 31, 2020) from August 19, 2020 to September 16, 2020.  The reason for
this request is because plaintiff does not have all the findings from plaintiff's expert inspection of
August 12, 2020, but plaintiff's expert advises that violations still exist and need to be
remediated. This information is necessary in order for the parties to prepare the joint status letter.
Plaintiff expects to provide her expert's findings to defendants by August 26, 2020. Defendants
request that they be allowed until September 9, 2020 to review those findings and, if necessary,
confer with their expert. The parties will submit a joint letter on or before September 16, 2020,
with the information requested in Your Honor's July 31, 2020 Order (ECF No. 54).

        Plaintiff will also respond to defendants' last offer of settlement along with the
production of her expert's findings, and the parties are hopeful that productive settlement
discussions will continue during this period.  This is the first application to extend this deadline
and defendants consent to the extension.  Thank you for your time and attention to this matter.
With kindest regards, I am

                                                    very truly yours,

                                                    /s/
                                                    Glen H. Parker, Esq.

**LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE**

This application is untimely but nevertheless GRANTED.  The parties shall file their joint letter by
**September 16, 2020**.  Per the July 31, 2020, Order, the status letter should include the time period for
Defendants to complete the remaining remediations, an update on the status of settlement discussions,
and if appropriate, a proposal on resolving outstanding claims.

Dated: August 20, 2020
        New York, New York