UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
KATARZYNA CICHON,                                             :
                                        Plaintiff,            :
                                                              :   19 Civ. 6081 (LGS)
                -against-                                     :
                                                              :   ORDER
WHITEHALL PROPERTIES II LLC et al.,                           :
                                                              :
                                        Defendants.           :
------------------------------------------------------------- :
                                                              X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated September 17, 2020 (Dkt. No. 60), directed the parties to file a status letter within two days of completion of the settlement conference apprising the Court of the outcome of the settlement.

WHEREAS, the parties appeared before Judge Lehrburger for a settlement conference on October 26, 2020, but have not filed a status letter. It is hereby

**ORDERED** that by **October 30, 2020**, the parties shall file a status letter apprising the Court of the outcome of the settlement conference and recommending any next steps.

Dated: October 29, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**