```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
KATARZYNA CICHON,                                            :
                                    Plaintiff,               :     19 Civ. 6081 (LGS)
                                                             :
              -against-                                      :     ORDER
                                                             :
WHITEHALL PROPERTIES II LLC et al.,                          :
                                    Defendants.              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated November 2, 2020 (Dkt. No. 66), directed the parties to file a status letter within two days of completion of the settlement conference before Judge Lehrburger.

WHEREAS, the second settlement conference was conducted on January 11, 2021, but the parties have not filed a status letter. It is hereby

**ORDERED** that by **January 18, 2021**, the parties shall file a status letter apprising the Court of the outcome of settlement and, if settlement was not reached, proposing next steps.

Dated: January 14, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**