# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
Contact@ParkerHanski.com

April 30, 2021

Via ECF
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York

**Re:**  *Katarzyna Cichon v. Whitehall Properties II LLC and Outback Steakhouse of Florida, LLC*

**Docket No. 1:19-cv-06081 (LGS)(RWL)**

Dear Judge Schofield:

We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to extend the deadline to make an application to restore this action from May 1, 2021 to June 1, 2021. The reason for this request is because the parties are very close to finalizing the settlement agreement and require additional time to do so. This is the first application to extend the deadline and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

---

The application is GRANTED. The deadline to restore this action set forth in the Order, dated April 1, 2021 (Dkt. No. 80), is **extended** from May 1, 2021, to **June 1, 2021**.

SO ORDERED

Dated: May 3, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE